UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

        -v.-                       :

                                              INDICTMENT

MICHAEL AMAR JOHNSON,              :    07 Cr. 283

              Defendant.      :

- - - - - - - - - - - - - - - - - -x

## COUNT ONE

The Grand Jury charges:

On or about December 28, 2006, in the Southern District of New York and elsewhere, MICHAEL AMAR JOHNSON, the defendant, unlawfully, willfully, and knowingly, did escape and attempt to escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General and from custody under and by virtue of process issued under the laws of the United States by a court and judge, and such custody and confinement was by virtue of a conviction of an offense, to wit, JOHNSON was confined at the Community Correction Center located at 2534 Creston Avenue in the Bronx, New York pursuant to a judgment entered by the Honorable Thomas P. Griesa, United States District Judge for the Southern District of New York, on or about September 6, 2000, and JOHNSON failed to return to the Community Correction Center as

required on December 28, 2006 or thereafter after he walked out of the facility.

(Title 18, United States Code, Sections 751 and 4082.)

_____  _____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v -

MICHAEL AMAR JOHNSON,

Defendant.

---

INDICTMENT

07 Cr.

(18 U.S.C. §§ 751 and 4082(a).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

---

POST-IT 11/1/87

4/11/07 - Fld. Indictment, case assigned to Judge Castel for all purposes.
s/ Eaton, J. U.S.M.J.