UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

MICHAEL AMAR JOHNSON,
      Defendant.

NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION
07 Cr. 283 (PKC)

TO:  Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

by: /s/ _____

Amie N. Ely
Assistant United States Attorney
(212) 637-2214