Request for Adjournment

| | | | |
|---|---|---|---|
| To: | Honorable P. Kevin Castel<br>U.S. District Court Judge | Offense: | Escaping from a Community Correction Center, 18 USC 751 and 4082 |
| From: | Zondra Wilson<br>U.S. Probation Officer | Original Sentence Date: | September 11, 2008 |
| Re: | Michael Amar Johnson<br>Dkt. # 07 CR 283-01(PKC) | Required Submission to Counsel Date:<br>(35 Days) August 7, 2008 | |
| Date: | July 28, 2008 | Defense Counsel: | Fiona Mary Doherty |
| AUSA: | Amie Nicole Ely | | |

*****************************************************************************

We were unable to conduct a presentence interview with Johnson in a timely fashion. Following our initially scheduled interview on July 1, 2008, we were advised by counsel's office that the defendant was transferred from MDC to FCI-Otisville. We then were asked to reschedule the interview for July 9, 2008, because Johnson would be transferred back to MDC. When he did not return to MDC on July 9th, we were asked for another interview date. Although we scheduled an interview for July 18, 2007, we first suggested that the defendant be interviewed via Video-Conferencing while in Otisville. However, counsel's office asked us to wait for Johnson to be returned to MDC. Because counsel's office was unaware that the defendant was transferred from Otisville to MCC (not MDC), the interview was again cancelled. Therefore, Johnson was not interviewed until July 25, 2008. Based on the foregoing, we will not be able to disclose the presentence report, pursuant to Rule 32. Therefore, we respectfully request that Your Honor adjourn the sentence until the week of October 9, 2008.

It is requested that Your Honor indicate that Court's decision as provided below and counsel will be notified of such.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _Zondra Wilson_
Zondra Wilson
U.S. Probation Officer
212-805-5172

Approved By: _Jineen Forbes_
Jineen Forbes
Supervising U.S. Probation Officer

1.  AN ADJOURNMENT IS GRANTED: ✓

    IF APPROVED, NEW DATE OF SENTENCE  10/14/08   TIME & ROOM  9:30 a.m.

2.  REQUEST IS DENIED _____

7/31/08
DATE

HONORABLE ~~P. KEVIN CASTEL~~ Richard J. Holwell
~~CHIEF U.~~S. DISTRICT JUDGE        Part I

cc: Amie Nicole Ely
    U.S. Attorney's Office
    One St. Andrew's Plaza
    New York, NY 10007

    Fiona Mary Doherty
    Federal Defenders of New York, Inc.
    52 Duane Street, 10th Floor
    New York, NY 10007

NY 468